NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDTRONIC COREVALVE, LLC, MEDTRONIC, INC.,**
*Appellants*

**v.**

**SPEYSIDE MEDICAL, LLC,**
*Appellee*

---

2023-1053

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00243.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 5, 2024
Date

**ISSUED AS A MANDATE:** September 5, 2024.